IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-10017-V

_____

CYNTHIA DIANE YELLING,

                        Plaintiff - Appellant,

versus

ST. VINCENT'S HEALTH SYSTEM,

                        Defendant - Appellee,

CASI BUNN-DUBOSE,

                        Defendant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER:

    Amicus Curiae Equal Employment Opportunity Commission's Unopposed Motion for Leave to Present Oral Argument on time ceded by the Plaintiff-Appellant is GRANTED.

                                                DAVID J. SMITH
                                                Clerk of the United States Court of
                                                Appeals for the Eleventh Circuit

                                                ENTERED FOR THE COURT - BY DIRECTION