# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-10017

_____

CYNTHIA DIANE YELLING,

                                                                              Plaintiff-Appellant,

*versus*

ST. VINCENT'S HEALTH SYSTEM,

                                                                              Defendant-Appellee,

CASI BUNN-DUBOSE,

                                                                              Defendant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

2                         Order of the Court                         21-10017

D.C. Docket No. 2:17-cv-01607-SGC

_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION